In the Matter of the Complaint Filed by CHARLES S. SOMERS against JACOB EILPERIN, a Magistrate of the City of New York.— Motion to confirm report of official referee in so far as it recommends a dismissal of the charges granted and

charges dismissed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Submit order.